Entered: August 10th, 2020
Signed: August 10th, 2020

**SO ORDERED**

No response. The allegations state a clear basis for the requested relief. The debtor continues the pattern of abusive filings by taking no action in this case. See, e.g., ECF 8.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**BALJIT KAUR KOCHHAR,**<br><br>Debtor. | **Case No. 20-12930-TJC**<br>**(Chapter 13)** |

### ORDER GRANTING
### MOTION TO DISMISS WITH PREJUDICE

Upon consideration of the Motion to Dismiss for Abuse with Prejudice, and any opposition thereto, IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Motion to Dismiss with Prejudice be and hereby is GRANTED; and it is further

ORDERED that the case be and hereby is DISMISSED; and it is further

ORDERED that the Debtor, Baljit Kaur Kochhar, be and hereby is barred from filing or otherwise initiating a bankruptcy case for two (2) years from the date of entry of this Court's Order; and it is further

ORDERED that the Debtor, Baljit Kaur Kochhar, be and hereby is barred from filing or otherwise initiating a bankruptcy case in the name of Sonia Kochhar for two (2) years from the date of entry of this Court's Order.

Cc:

Lynn A. Kohen at lynn.a.kohen@usdoj.gov
Rebecca A. Herr at ect2ch13md.com

Baljit Kochhar
7221 Titonka Way
Derwood, MD 20855

**END OF ORDER**